B18 (Official Form 18)(12/07)

**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Juan Manuel Cardenas

**BANKRUPTCY NO.** 2:09−bk−34749−SB

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−0842
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 2/2/10

**JOINT DEBTOR INFORMATION:**
Litzajalla Cardenas

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−1431
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Discharge Date:**  2/2/10

**Address:**
739 Saybrook Ave.
Los Angeles, CA 90022

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: February 2, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

10 − 2 / VSI

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: vserranoC              Page 1 of 1                  Date Rcvd: Feb 02, 2010
Case: 09-34749                 Form ID: b18                 Total Noticed: 21

The following entities were noticed by first class mail on Feb 04, 2010.
db/jdb        +Juan Manuel Cardenas,   Litzajalla Cardenas,   739 Saybrook Ave.,   Los Angeles, CA 90022-3619
aty           +Oscar B Valencia,   1543 W Olympic Blvd Ste 239,   Los Angeles, CA 90015-3868
tr            +Howard M Ehrenberg,   SulmeyerKupetz,   333 South Hope Street, 35th Floor,
                Los Angeles, CA 90071-1406
smg            Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                Sacramento, CA  94280-0001
smg            Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
ust           +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
24622743      +CAPITAL ONE BANK,   PO BOX 60599,   CITY OF INDUSTRY CA 91716-0599
24622747      +CITIFINANCIAL SERVICES,   PO BOX 6933,   THE LAKES NV 88901-6933
24622749      +HOME DEPOT CREDIT SERVICES,   PO BOX 6028,   THE LAKES NV 88901-6028
24622751      +SEARS CARD,   PO BOX 688956,   DES MOINES IA 50368-8956
24622754      +WELLS FARGO BANK,   PO BOX 98791,   LAS VEGAS NV 89193-8791

The following entities were noticed by electronic transmission on Feb 03, 2010.
aty           +EDI: RECOVERYCORP.COM Feb 02 2010 22:18:00      Ramesh Singh,   Recovery Management Systems Corp,
                25 S E 2nd Ave Ste 1120,   Miami, FL 33131-1605
tr            +EDI: QHMEHRENBERG.COM Feb 02 2010 22:18:00      Howard M Ehrenberg,   SulmeyerKupetz,
                333 South Hope Street, 35th Floor,   Los Angeles, CA 90071-1406
smg            EDI: CALTAX.COM Feb 02 2010 22:18:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
                Sacramento, CA  95812-2952
24622742      +EDI: BANKAMER.COM Feb 02 2010 22:13:00      BANK OF AMERICA,   PO BOX 851001,
                DALLAS TX 75285-1001
24622744      +EDI: CHASE.COM Feb 02 2010 22:18:00      CHASE BANK,   PO BOX 94012,   PALATINE IL 60094-4012
24622745      +EDI: CIAC.COM Feb 02 2010 22:18:00      CITIFINANCIAL,   PO BOX 6931,   THE LAKES NB   88901-6931
24622746      +EDI: CIAC.COM Feb 02 2010 22:18:00      CITIFINANCIAL,   PO BOX 6931,   THE LAKES NV 88901-6931
24622748      +EDI: HFC.COM Feb 02 2010 22:13:00      HFC,   PO BOX 5233,   CAROL STREAM IL 60197-5233
24622750      +EDI: TSYS2.COM Feb 02 2010 22:18:00      MACYS,   PO BOX 689194,   DES MOINES IA 50368-9194
24622752      +EDI: HFC.COM Feb 02 2010 22:13:00      UNION PLUS CREDIT CARD,   PO BOX 60102,
                CITY OF INDUSTRY CA 91716-0102
24622753      +EDI: WFFC.COM Feb 02 2010 22:18:00      WELLS FARGO BANK,   PO BOX 30086,
                LOS ANGELES CA 90030-0086
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 intp           Courtesy NEF
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2010**                           **Signature:** *Joseph Speetjens*